UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STRYKER CORPORATION et al.,

    Plaintiffs,

v.

JAMES BRUTY et al.,

    Defendants.
_____/

Case No. 1:13-cv-288

HON. JANET T. NEFF

## **ORDER**

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Preliminary Injunction (Dkt 3) is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiffs shall within seven days of entry of this Order file a proposed preliminary injunction; Defendants shall within seven days thereafter file an objection, if any, to the proposed injunction for the Court's consideration prior to entry.

**IT IS FURTHER ORDERED** that the Temporary Restraining Order shall remain in effect pending entry of the preliminary injunction.

Dated: May 10, 2013            /s/ Janet T. Neff
                                              JANET T. NEFF
                                              United States District Judge